UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-20265-CIV- O'SULLIVAN

[CONSENT]

CESAR PINZON, RAFAEL GALINDO,
CARLOS AGUIRRE, and YADIRA SARAVIA
and all other similarly-situated under 28
U.S.C. § 216 (B)

    Plaintiffs,

v.

VITAMINS CONNECTION CENTER, INC.
and DOMINGO H. TISERA,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court sua sponte. Having carefully reviewed the record and the law, it is

ORDERED AND ADJUDGED that a **DEFAULT** is entered in favor of the plaintiff and against defendant Vitamins Connection Center, Inc.

Reynaldo Velazquez, Esq., was counsel of record for the defendants, Domingo H. Tisera and Vitamins Connection Center, Inc. On August 2, 2007, the Court issued an Order (DE# 95) allowing Reynaldo Velazquez, Esq. to withdraw from the future representation of the defendants, effective September 4, 2007. The August 2, 2007 Order also allowed the defendant, Vitamins Connection Center, Inc., until September 4, 2007, to retain new counsel, and for said counsel to enter a formal appearance with

this Court. Because Vitamins Connection Center, Inc. is a corporation, it cannot proceed pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.").

"It is well established that the district court has the authority to . . . enter default judgment . . . for failure to . . . comply with its orders." See Flaska v. Little River Marine Construction Co., Inc., 389 F.2d 885, 887 (5th Cir. 1968),[1] cert. den. 88 S.Ct. 2287, 392 U.S. 928 (1968) (citations omitted). In the August 2, 2007 Order (DE # 95), the Court warned the defendants that if the corporate defendant failed to retain new counsel, or new counsel failed to enter a formal appearance with this Court on or before September 4, 2007, this Court could, based on a motion by the plaintiff, or sua sponte, enter a default in favor of the plaintiff and against defendant Vitamins Connection Center, Inc. The defendants failed to make any of the filings in accordance with the August 2, 2007 Order. Accordingly, a default is entered in favor of the plaintiff and against Vitamins Connection Center, Inc. It is further

ORDERED AND ADJUDGED that the individual defendant, Domingo H. Tisera, shall comply with the August 2, 2007 Order requiring him to file a notice with the Court indicating the proper address for service of all future pleadings in this matter on or before **Wednesday, September 12, 2007**. **The failure to comply with this Order may result in a default against defendant Domingo H. Tisera.** It is further

---

[1] The Eleventh Circuit in Bonner v. City of Prichard, 661 F. 2d 1206, 1207 (11th Cir. 1981), adopted as precedent decisions of the former Fifth Circuit rendered prior to October 1, 1981.

ORDERED AND ADJUDGED that Reynaldo Velazquez, Esq. **shall serve a copy of this Order on the defendants**.

DONE AND ORDERED in Chambers at Miami, Florida, this **5th** day of September, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:

All counsel on record

Reynaldo Velazquez
Velazquez Law Firm PA
100 Almeria Avenue
Suite 340
Coral Gables, FL 33134