UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-20265-CIV- O'SULLIVAN

[CONSENT]

CESAR PINZON, RAFAEL GALINDO,
CARLOS AGUIRRE, and YADIRA SARAVIA
and all other similarly-situated under 28
U.S.C. § 216 (B)

    Plaintiffs,

v.

VITAMINS CONNECTION CENTER, INC.
and DOMINGO H. TISERA,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the Suggestion of Bankruptcy of Debtor Vitamins Connections Center, Inc. (DE # 97, 9/12/07).

The corporate defendant informs the Court that it filed a voluntary petition for bankruptcy in the Southern District of Florida on September 4, 2007. Id. By operation of Title 11 United States Code Section 362, the above-styled action is STAYED as to the corporate defendant, Vitamins Connections Center, Inc.

Title 11 United States Code Section 362 stipulates that an automatic stay is created upon the filing of any bankruptcy petition. See Ellison v. Northwest Eng'g Co., 707 F.2d 1310, 1311 (11th Cir. 1983). The purpose of the stay is "to give the debtor a breathing spell from his creditors." Id.

Accordingly, after careful review of the record, and the Court being otherwise fully advised, it is

ORDERED AND ADJUDGED, that this case is STAYED as to the corporate defendant, Vitamins Connections Center, Inc. It is further

ORDERED AND ADJUDGED that the case remains open as to the co-defendant, Domingo H. Tisera, because the protection of the automatic stay does not apply to co-defendants who are not in bankruptcy. See In re Sunbeam Securities Litigation, 261 B.R. 534, 536 (S.D. Fla. 2001) (noting that "[t]he law makes clear . . . that the automatic stay provisions . . . generally are not available to third-party non debtors"); Dewitt v. Daley, 336 B.R. 552, 556 (S.D. Fla. 2006)(noting that "the case law is clear that extending a stay to non-bankrupt co-defendants is done rarely, justified only in 'unusual circumstances'"). It is further

ORDERED AND ADJUDGED that Reynaldo Velazquez, Esq. **shall serve a copy of this Order on the defendants**.

DONE AND ORDERED in Chambers at Miami, Florida, this **13th** day of September, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:

All counsel on record

Reynaldo Velazquez
Velazquez Law Firm PA
100 Almeria Avenue
Suite 340
Coral Gables, FL 33134